UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES WILSON, | No. 2:19-cv-0249 AC P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendant. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983, together with an outdated request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (completed July 23, 2018). Plaintiff must file a current application for leave to proceed in forma pauperis. Accordingly, plaintiff's application will be denied without prejudice and plaintiff will be accorded an opportunity to submit a current application. Plaintiff must also provide a current certified copy of his jail trust account statement for the six-month period immediately preceding the filing of *this* complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall, within thirty days after the filing date of this order, submit a current and fully completed application to proceed in forma pauperis together with a current certified copy of his jail trust account statement.

4. Plaintiff's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: February 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE