UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES WILSON,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT JONES, et al.,<br><br>Defendants. | No. 2:19-cv-0249 WBS AC P<br><br><br><br>ORDER TO SHOW CAUSE |

For the reasons set forth below, within fourteen (14) days after the filing date of this order, plaintiff shall show cause in writing why this case should not be involuntarily dismissed with prejudice due to plaintiff's failure to comply with court orders, specifically, plaintiff's failure to respond to this court's order to show cause filed and served August 8, 2019. See Fed. R. Civ. P. 41(b).

On June 4, 2019, in a settlement conference conducted by the undersigned in Wilson v. County of Sacramento et al., Case No. 2:18-cv-2427 KJM KJN P (hereafter "Wilson I"), the parties reached a global settlement agreement as to that case and this one. The court directed the filing of final dispositional documents by August 5, 2019. On that date, defense counsel informed the court in Wilson I that they had fully complied with their obligations under the agreement and provided plaintiff with dispositional documents for his signature in both cases, but that plaintiff had failed to return the executed documents to defense counsel. See Wilson I, ECF

No. 26. On August 8, 2019, the undersigned issued an order to show cause to plaintiff in both cases, requiring plaintiff's response within fourteen days. Plaintiff did not respond in either case. Moreover, on September 4, 2019, defendants notified the court in <u>Wilson I</u> that plaintiff had refused to execute the parties' settlement agreement. <u>Wilson I</u>, ECF No. 29.

Plaintiff is informed that defendants are entitled to seek enforcement of the settlement agreement in the instant case. Although defendants have not formally appeared in this action, because it settled prior to service, they actively participated in the settlement conference and therefore have standing to seek enforcement of the global settlement agreement.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is directed to show cause in writing, within fourteen (14) days after the filing date of this order, why this case should not be involuntarily dismissed with prejudice due to plaintiff's failure to comply with court orders. <u>See</u> Fed. R. Civ. P. 41(b).

2. Failure of plaintiff to timely comply with this order will result in the imposition of sanctions subject to the reasonable discretion of this court. <u>See</u> Local Rule 110 (a party's failure to comply with a court order "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court").

3. The deadline for filing the final dispositional documents in the instant case is extended to September 27, 2019.

4. The Clerk of Court is directed to serve a courtesy copy of this order on counsel for the defendants: Jonathan B. Paul, Rivera & Associates, 11341 Gold Express Drive, Suite 160, Gold River, CA 95670.

DATED: September 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE