UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES WILSON,<br><br>   Plaintiff,<br><br>   v.<br><br>SCOTT JONES, et al.,<br><br>   Defendants. | No. 2:19-cv-0249 WBS AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 15. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. The court is most persuaded by the fact that defendants have already satisfied their obligations under the settlement agreement by crediting plaintiff's restitution account in the agreed upon sum of $1,000. If the court were now to opt in favor of allowing plaintiff to litigate his claim on the merits it would be a no-lose

situation for him and a no-win situation for the defendants.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed October 8, 2019, are adopted in full; and

    2.  This action is dismissed with prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

Dated:  October 29, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Wils0249.800